**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6827**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GLENN NEAL HARRIS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, District Judge. (CR-96-313, CA-97-3149-WMN)

_____

Submitted:  September 10, 1998      Decided:  September 24, 1998

_____

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Glenn Neal Harris, Appellant Pro Se.  Gregory Welsh, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Harris, Nos. CR-96-313; CA-97-3149-WMN (D. Md. May 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED